

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 281ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:

On October 17, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Non-Party Texas Alcoholic Beverage Commission v. Ashley Dominguez, Orlando Hayward and Reyna Hayward, Individually and as Representatives of the Estate of Niguel Hayward, Deceased, Eduardo Moreno, Kelly Ray Wren, and Draggin Tools Trucking, LLC

Court of Appeals No. 15-25-00139-CV
Trial Court No. 2023-07113

The Court of Appeals entered the following judgment or order:

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 30, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Non-Party Texas Alcoholic Beverage Commission.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this January 6, 2026.

**CHRISTOPHER A. PRINE, CLERK**